# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DONALD ZENI SUPPLEMENTAL NEEDS TRUST, *et al.*,<br><br>            Defendants. | Case No.  2:12-cv-00753-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Motion for Scheduling Conference (#17), filed June 27, 2012.  Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Motion for Scheduling Conference (#17) is **granted**. A status conference is set for **Friday, July 6, 2012 at 11:00 a.m.** in Courtroom 3A.  The Court will discuss the status of service on all defendants and the development of a discovery plan and scheduling order.  The Court invites the parties to file a status report prior to the hearing.

DATED this 28th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge